

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Charles Clyde Ingram, Appellant

No. 06-19-00072-CR  v.

The State of Texas, Appellee

Appeal from the 173rd District Court of Henderson County, Texas (Tr. Ct. No. CR16-0711-173). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of $8,156.25 for attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Charles Clyde Ingram, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 12, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk